IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:15MJ3014 |
| vs. | |
| JOSE PRECIADO, | ORDER |
| Defendants. | |

IT IS ORDERED:

1) The motion of attorney Jessica L. Milburn to withdraw as counsel of record for defendant Preciado, (filing no. 26), is granted.

2) Defendant's newly retained counsel, Mike Tasset, shall promptly notify the defendant of the entry of this order.

3) The clerk shall delete Jessica L. Milburn from any future ECF notifications herein.

March 10, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge